**Yosefe Yirga ZELEKE, Plaintiff— Appellant,**

v.

**NASA HEADQUARTER, Defendant— Appellee.**

No. 12–1391.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 30, 2012.

Yosefe Yirga Zeleke, Appellant Pro Se.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yosefe Yirga Zeleke appeals the district court's order dismissing his complaint as

frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Zeleke v. NASA Headquarters,* No. 1:12–cv–00269–JCC–TRJ (E.D.Va. Mar. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*